

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East-7th Floor*
*Brooklyn, New York 11201*

May 17, 2012

Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

    Re:    United States *ex rel*. Lagow v. Countrywide Financial Corporation, et al.
            Civil Action No. 09-CV-2040 (Dearie, J.) (Azrack, M.J.)

Dear Judge Dearie:

    As Your Honor is aware, this action was commenced on or about May 13, 2009 by the filing of a complaint under seal by Relator Kyle Lagow pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-33 (the "Qui Tam Complaint"). On May 11, 2012, the United States filed a notice of intervention. As set forth in the notice, the United States intervened with respect to the following defendants: Bank of America Corp., Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Mortgage Ventures, LLC, Countrywide Bank FSB, LandSafe, Inc., and LandSafe Appraisal Services, Inc.

    In accordance with the terms of a settlement that was approved by the United States District Court for the District of Columbia on April 4, 2012, the United States has today filed a notice of dismissal as to these defendants. In addition, the United States notes that the Relator has filed notices of dismissal with respect to all defendants in this action. As such, this action may now be closed.

    We thank the Court for its attention in this matter.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                By:     /s/
                        KENNETH M. ABELL
                        RICHARD K. HAYES
                        Assistant U.S. Attorneys
                        (631) 715-7833/(718) 254-6050